# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** | 24-7648

**Case Name** | Katz-Lacabe, et al. v. Oracle America, Inc.

**Hearing Location** (*city*) | San Francisco, CA

**Your Name** | Aileen M. McGrath

List the sitting dates for the two sitting months you were asked to review:

December 1-5, 8-12 (2025)
January 5-9 (2026)

Do you have an unresolvable conflict on any of the above dates? ● Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

December 4-5 (2025):  Attending a memorial service in Boston, MA

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ● No

If yes, list the number, name, and hearing city of each of the other case(s):

N/A

**Signature** | s/Aileen M. McGrath       **Date** | 09/11/2025

(use "s/[typed name]" to sign electronically-filed documents)

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 32** | *New 12/01/2018*