UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

### Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 24-7648

**Case Name** Katz-Lacabe, et al. v. Oracle America, Inc.

**Hearing Location (*city*)** San Francisco, CA

**Your Name** Kendrick Jan

List the sitting dates for the two sitting months you were asked to review:

December 1-5 and 8-12, 2025
January 5-9, 2026

Do you have an unresolvable conflict on any of the above dates? ● Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

December 3, 2025 (previously scheduled hearing in another case)

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/Kendrick Jan **Date** 09/11/2025

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

Form 32     New 12/01/2018