UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s):** 24-7648

**Case Name:** Katz-Lacabe, et al., v. Oracle America, Inc.

**Hearing Location (*city*):** San Francisco, CA

**Your Name:** Kendrick Jan

List the sitting dates for the two sitting months you were asked to review:

February 9-13, 2026
March 2-6, and 9-13, 2026

Do you have an unresolvable conflict on any of the above dates? ●Yes ○No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

March 2, 2026, previously scheduled hearing.
March 3 and 4, 2026, mediation of a case in C.D. Cal.
March 5 and 6, 2026, mediation of a case in C.D. Cal.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○Yes ●No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature:** s/Kendrick Jan   **Date:** 10/29/2025

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32** New 12/01/2018