# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)**: 24-7648

**Case Name**: Katz-Lacabe, et al. v. Oracle America, Inc.

**Hearing Location** (*city*): San Francisco, CA

**Your Name**: Aileen M. McGrath

List the sitting dates for the two sitting months you were asked to review:

February 9-13, 2026;
March 2-6, 9-13, 2026.

Do you have an unresolvable conflict on any of the above dates? ☐ Yes ☒ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

N/A

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

☒ Yes ☐ No

If yes, list the number, name, and hearing city of each of the other case(s):

24-5683, 24-6024, 24-6026, 24-6290, 24-6345; In re: Hawaii Island Air, Inc.; Honolulu, HI

**Signature**: s/ Aileen M. McGrath     **Date**: 10/29/2025

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 32                                                                 New 12/01/2018